UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
                               :

MICHAEL E. JONES, M.D., P.C.,             :

                          **Plaintiff,**    :    **ORDER DISMISSING COMPLAINT FOR LACK OF JURISDICTION**

     -against-                     :

PBS OF CENTRAL FLORIDA LLC,    :    25 Civ. 3639 (AKH)

                         **Defendant.**   :

------------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

Plaintiff, a professional corporation licensed in New York, sues Defendant PBS of Central Florida LLC, a Florida limited liability company. *See* Complaint at ¶¶ 5–6. The alleged jurisdictional basis is diversity of citizenship, pursuant to 28 U.S.C. § 1332. Limited liability companies are deemed to be citizens of all the states in which their constituents are citizens. *See Handelsman v. Bedford Vill. Assocs. Ltd. P'ship*, 213 F.3d 48, 51 (2d Cir. 2000) (citing *Carden v. Arkoma Assocs.*, 494 U.S. 185 (1990)); *see also Americold Realty Trust v. Conagra Foods, Inc.*, 136 S. Ct. 1012, 1014 (2016) ("While humans and corporations can assert their own citizenship, other entities take the citizenship of their members."). Plaintiff has failed to identify the members of the limited liability company and allege their citizenship, as required for diversity of citizenship concerning limited liability companies.

The complaint is dismissed, with leave to replead an adequate basis of diverse citizenship no later than 30 days from this order.

        SO ORDERED.

Dated:      December 3, 2025
             New York, New York

                                        ALVIN K. HELLERSTEIN
                                        United States District Judge