**KAPIN PLLC**

MICHAEL J. KAPIN *⁺

199 MAIN STREET, SUITE 901
WHITE PLAINS, NEW YORK 10601

TELEPHONE 212.513.0500
FACSIMILE 866.675.5019

_____
* PROFESSIONAL CORPORATION
⁺ ADMITTED IN CALIFORNIA
  AND NEW YORK

January 12, 2026

*[handwritten: The matter is stayed until April 15, 2026. The parties on said date shall show cause only this action should not be dismissed in favor of resolving the claim in bankruptcy. 1-13-26 /s/ Hellerstein]*

**VIA ECF ONLY**
HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Room 14D
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   Michael E. Jones, M.D., P.C. v. PBS of Central Florida LLC
      CASE #: 1:25-cv-03639-AKH

Dear Judge Hellerstein:

I represent plaintiff Michael E. Jones, M.D., P.C. ("Plaintiff"), in the above-referenced matter. The Plaintiff is the debtor under a bankruptcy proceeding, Bankruptcy Petition #: 25-11745-mew, originally filed as a Chapter 11 petition, which has been converted to a Chapter 7 petition. In consultation with the bankruptcy trustee, Gregory M. Messer's ("Trustee") counsel, Gary Herbst, Esq., the Trustee has advised me that this action is property of the Chapter 7 estate and further requests that all matters, including all deadlines, in the case be stayed indefinitely pending further action by the Chapter 7 Trustee. As a result, Plaintiff requests a stay of all deadlines in this matter *sine die*. Defendant's counsel, Richard McGuirk, has reviewed this letter and consents to all deadlines in the case being stayed pending further action by the Chapter 7 Trustee.

This is Plaintiff's first request for a stay. If you have any questions, please do not hesitate to contact my office. Thank you for your courtesy and attention to this matter.

**KAPIN PLLC**

*/s/ Michael J. Kapin*

Michael J. Kapin, Esq.